# EXHIBIT A

## SCHEDULE B - ARBITRATION AGREEMENT

This Arbitration Agreement ("Agreement") is entered into by and between Perfect Moving & Storage LLC ("Company") its affiliates, successors, subsidiaries, and parent companies and   Alexander Vorburger   ("Contractor") (collectively, the Company and Contractor shall be referred to as the "Parties"), on the following terms and conditions:

1. **ARBITRATION OF CLAIMS:** In the event of a dispute between the Parties, the Parties agree to resolve the dispute as described in this Agreement. This Agreement is governed by the Federal Arbitration Act, 9 U.S.C. section 1, and applies to any dispute defined below in paragraph 1(a). **BY AGREEING TO ARBITRATE ALL DISPUTES, THE PARTIES TO THIS AGREEMENT AGREE THAT ALL SUCH DISPUTES WILL BE RESOLVED THROUGH BINDING ARBITRATION BEFORE AN ARBITRATOR AND NOT BY WAY OF A COURT OR JURY TRIAL.** The terms of this Agreement shall remain in force even after the Parties' contractual relationship ends.

   a. *Claims Covered By This Agreement.* Unless excluded below, claims involving the following disputes shall be subject to arbitration under this Agreement regardless of whether brought by a Contractor or the Company or any agent acting on behalf of either: (i) disputes arising out of or relating to the Contractor's relationship with the Company, including termination of the relationship; (ii) disputes arising out of or relating to any agreement governing the Company's engagement of Contractor; (iii) disputes arising out of or relating to payments made to Contractor for services provided; (iv) disputes arising out of or relating to any other aspect of the Contractor's relationship with the Company, past or present, whether arising out of or under federal, state or local statutory, regulatory and/or common law; (v) disputes arising out of or relating to this Agreement or any portion of this Agreement or its interpretation, enforceability, applicability, unconscionability, arbitrability, or formation, or whether the Agreement or any portion of it is void or voidable, with the exception noted below in paragraph 1(c), the Class Action Waiver; and (vi) any disputes related to Contractor's use of Company's equipment. This Agreement also applies, without limitation, to claims or disputes regarding any federal, state or local wage-hour law; trade secrets; unfair competition; compensation; meal or rest periods; expense reimbursement; uniform maintenance; discrimination or harassment; and claims arising under the Americans with Disabilities Act, Age Discrimination in Employment Act, Family and Medical Leave Act, Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964, Employee Retirement Income Security Act, and state or local statutes, if any, addressing the same or similar subject matters, and all other federal, state or local statutory and common law claims, including claims for breach of contract.

   b. *Limitations On Application Of This Agreement:* This Agreement does not apply to claims for workers compensation, state disability insurance, or unemployment insurance benefits. Regardless of any other terms of this Agreement, claims may also be brought before and remedies awarded by an administrative agency if, and only if, applicable law permits access to such an agency notwithstanding the existence of an agreement to arbitrate. Such administrative claims include without limitation claims or charges brought before the Equal Employment Opportunity Commission (www.eeoc.gov), the U.S. Department of Labor (www.dol.gov), the National Labor Relations Board (www.nlrb.gov), and the Office of Federal Contract Compliance Programs (www.dol.gov/esa/ofccp). Nothing in this Agreement shall be deemed to preclude or

excuse a party from bringing an administrative claim before making a claim in arbitration.

        c.      ***Class Action Waiver:*** There will be no right or authority for any claim and/or dispute to be brought, heard or arbitrated as a class, collective or representative action ("Class Action Waiver"). The arbitrator shall not have any authority to hear or arbitrate any such class, collective or representative action. Regardless of anything else in this Agreement and/or rules or rules of procedures that might otherwise apply by virtue of any arbitration organization rules or procedures, including without limitation the rules of the American Arbitration Association, the enforceability and validity of this Class Action Waiver may be determined only by a court and not by an arbitrator. In addition, this Class Action Waiver must be litigated in a civil court of competent Jurisdiction. However, the Class Action Waiver shall be severable in any case in which the dispute is filed as an individual action and severance is necessary to ensure that the individual action proceeds in arbitration.

        2.      **ARBITRATION PROCEDURE:** Except as provided in this Agreement, arbitration shall be in accordance with the then current commercial arbitration rules of the American Arbitration Association, available at www.adr.org. The arbitration shall be heard by a single arbitrator who shall be selected by mutual agreement of Contractor and Company. The location of the arbitration proceeding shall be no more than 45 miles from the geographic area where the Contractor performed the delivery services arranged by the Company, unless each party to the arbitration agrees in writing otherwise. In arbitration, the Parties shall have the right to conduct adequate civil discovery, bring dispositive motions, and present witnesses and evidence as needed to present their cases and defenses, and any disputes in this regard shall be resolved by the arbitrator.

        3.      **MAKING A DEMAND FOR ARBITRATION:** A demand for arbitration must be in writing and delivered by hand, first class mail, or overnight delivery to the other party within the applicable statute of limitations period. The demand for arbitration shall include identification of the parties, a statement of the legal and factual basis of the claim(s), and a specification of the remedy sought. Any demand for arbitration made to the Company shall be sent to the Company, at its notice address listed in the Parties' Independent Contractor Agreement. The arbitrator shall resolve all disputes regarding the timeliness or propriety of the demand for arbitration.

        4.      **ATTORNEY'S FEES AND ARBITRATION COSTS:** Each party shall pay the fees for its own attorneys, subject to any remedies to which that party may later be entitled under applicable law. Costs incidental to the arbitration, including the cost of the arbitrator and the meeting site ("Arbitration Costs") will be borne by the Company and the Contractor equally, unless otherwise required by applicable law. Any dispute regarding a party's obligation to pay Arbitration Costs shall be determined by the Arbitrator.

        5.      **OPTING OUT OF ARBITRATION:** If the Contractor does not wish to be bound by this Agreement, the Contractor must provide a written notice to the Company stating that he/she is opting out of this Agreement within twenty-one (21) days of his/her receipt of this Agreement. In that written notice, the Contractor should provide his/her first and last name and state that he/she is opting out of this Agreement. If the Contractor timely opts out as provided in this paragraph, neither the Contractor nor the Company will be bound by this Agreement. Should the Contractor not opt out of this Agreement within twenty-one (21) days, continuing Contractor's Services to the Company constitutes mutual acceptance of the terms of this Agreement by the Contractor and the Company. The Contractor has the right to consult

with counsel of his/her choice concerning this Agreement.

5. **POST-ARBITRATION PROCEDURES:** Within 30 days of the close of the arbitration hearing (which period may be extended by stipulation of the Parties), any party shall have the right to prepare, serve on the other party and file with the arbitrator a post-arbitration brief. The arbitrator may award any party any remedy to which that party is entitled under applicable law, but such remedies shall be limited to those that would be available to a party in its or his/her individual capacity in a court of law for the claims presented to and decided by the arbitrator, and no remedies that otherwise would be available to an individual in a court of law will be forfeited by virtue of this Agreement. The arbitrator shall issue a decision or award in writing, stating the essential findings of fact and conclusions of law. Except as may be permitted or required by law, as determined by the arbitrator, or as needed to enforce an arbitration award in writing, stating the essential findings of fact and conclusions of law. Except as may be permitted or required by law, essential findings of arbitrator, or as needed to enforce an arbitration award, neither a party nor as determined by the arbitrator, or as needed to enforce an arbitration award, neither a party nor the arbitrator may disclose the existence, content, or results of any arbitration hereunder without the prior written consent of the Parties. A court of competent jurisdiction shall have the authority to enter a judgment upon the award made pursuant to the arbitration.

6. **ENFORCEMENT OF THIS AGREEMENT:** This Agreement is the full and complete agreement governing the formal resolution of disputes between the Contractor and the Company. Except as stated in paragraph 1 (c) above, in the event any portion of this Agreement is deemed unenforceable, the remainder of it will be enforceable.

| Perfect Moving and Storage LLC | CONTRACTOR |
|---|---|
| Sign: Radojica Kotnic | Sign: *[signature]* |
| Print: RADOJICA Kotnic | Print: Alexander Vorburger |
| Title: President | Title: Mr. |
| Date: 06/22/2023 | Date: 06/22/23 |