# EXHIBIT A

 Outlook

---

## Re: Vorburger v. Perfect Moving and Storage LLC

---

**From** Robert Kansao <Robert@employeejustice.com>

**Date** Wed 9/10/2025 11:47 AM

**To**    Ilan Weiser <IWeiser@egsllp.com>; Gregg M. Kligman <Gkligman@egsllp.com>; Priscilla Sandoval <priscilla@employeejustice.com>

**Cc**    Anthony Vassallo <AVassallo@egsllp.com>

Good Morning,

I already gave my position over the phone regarding the arbitration agreement.  If you have reason to believe that the FAA exemption does not apply in this case, please let me know.

Before providing a demand, I would like to engage in some document exchanges.  I am happy to have a call early next week,

**Robert A. Kansao** */ Head of the Wage and Hour Division*



Joseph & Norinsberg, LLC
825 Third Ave, Suite 2100
New York, NY 10022
Office: 212.227.5700
Mobile: 917.280.4705
Fax us: 212.656.1889
**employeejustice.com**



---

*Please excuse the brevity and/or any autocorrect mishaps*

Confidential Notice: This E-Mail/Fax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/Fax information is strictly prohibited. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents.

---

**From:** Ilan Weiser <IWeiser@egsllp.com>
**Sent:** Wednesday, September 10, 2025 10:58 AM

**To:** Gregg M. Kligman <Gkligman@egsllp.com>; Robert Kansao <Robert@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Anthony Vassallo <AVassallo@egsllp.com>
**Subject:** RE: Vorburger v. Perfect Moving and Storage LLC

Good morning Robert,

When are you free to reconnect on this matter?

We are still awaiting your position as to why this matter should not be arbitrated. Separately, we'd appreciate you sending over a demand so we can explore the possibility of resolving this matter sooner than later and avoid any potential argument on venue.

Thank you.



**Ilan Weiser, Esq.**
**Partner**

1345 Avenue of the Americas, 11th Fl., New York, NY 10105

Telephone: (212) 370-1300 Fax: (212) 370-7889

Direct Dial: (646) 895-7107

IWeiser@egsllp.com | www.egsllp.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer. Thank you.

**From:** Gregg M. Kligman <Gkligman@egsllp.com>
**Sent:** Thursday, September 4, 2025 2:59 PM
**To:** Robert Kansao <Robert@employeejustice.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Ilan Weiser <IWeiser@egsllp.com>; Anthony Vassallo <AVassallo@egsllp.com>
**Subject:** RE: Vorburger v. Perfect Moving and Storage LLC
**Importance:** High

Robert,

Following up on this as we would like to move the matter forward.

If you are going to object to the arbitration agreement, please let us know your basis for doing so, including any support for your assertion that the FAA may not apply to your client.

Thanks,

Gregg



**Gregg M. Kligman, Esq.**
**Partner**

1345 Avenue of the Americas, 11th Fl., New York, NY 10105
Telephone: (212) 370-1300 Fax: (212) 370-7889
Direct Dial: (646) 895-7215
Gkligman@egsllp.com | www.egsllp.com

**From:** Robert Kansao <Robert@employeejustice.com>
**Sent:** Thursday, August 28, 2025 10:09 AM
**To:** Gregg M. Kligman <Gkligman@egsllp.com>; Priscilla Sandoval <priscilla@employeejustice.com>
**Cc:** Ilan Weiser <IWeiser@egsllp.com>; Anthony Vassallo <AVassallo@egsllp.com>
**Subject:** Re: Vorburger v. Perfect Moving and Storage LLC

**Caution: External Sender**
Good Morning

As I stated yesterday, I will need time to review the document for enforceability.  There is also a question of whether the FAA applies to Plaintiff.  In either case, I will not be dismissing the action today, let alone within an hour of receiving the document.

Further, as I stated yesterday, I am willing to stipulate to an extension if you are willing to waive of service and accept the Complaint.  Can you please tell me (i) if you are willing to accept service, and (ii) for whom you can accept service.

Thank you,

**Robert A. Kansao** / *Head of the Wage and Hour Division*



Joseph & Norinsberg, LLC
825 Third Ave, Suite 2100
New York, NY 10022
Office: 212.227.5700
Mobile: 917.280.4705
Fax us: 212.656.1889
**employeejustice.com**



*Please excuse the brevity and/or any autocorrect mishaps*

Confidential Notice: This E-Mail/Fax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/Fax information is strictly