# EXHIBIT B

**12:57**    ▂▄▆█ 5Gᵘᵂ 🔋

You Are Here:

HOME / SERVICES / MOVING / INTERSTATE / NYC-DC

# Interstate Moving Services From NYC To Washington DC

## Fast and Precise Long-Distance Moving

Let us ease the burden of your move from New York City to Washington DC with our array of moving services designed for speed and accuracy. We're committed to removing the stress from your interstate relocation.

## Moving from NYC to Washington DC?

🖝 GET QUOTE

Relocate from the energetic rhythm of New York City to the historic elegance of Washington DC with our top-tier interstate moving services. Moving from the dynamic environment of NYC to the culturally rich and politically vibrant Washington DC requires thorough planning, dedication, and an in-depth understanding of the relocation

Privacy - Terms

perfectmoving.com

12:57

stress from your interstate relocation.

## Moving from NYC to Washington DC?

Relocate from the energetic rhythm of New York City to the historic elegance of Washington DC with our top-tier interstate moving services. Moving from the dynamic environment of NYC to the culturally rich and politically vibrant Washington DC requires thorough planning, dedication, and an in-depth understanding of the relocation process. Our professional and amiable team is committed to facilitating a smooth and stress-free move to Washington DC, reflecting the city's captivating charm that draws you in. We promise to adeptly navigate you through every phase, ensuring a seamless and pleasurable relocation experience.

## Aim for Perfection in Your Relocation

Our team, deeply familiar with NYC's lively atmosphere and Washington DC's unique allure, assures an impeccable a comprehensive moving experie your relocation to our expertise and relish the epitome of moving service superiority.

 GET QUOTE

 FREE QUOTE


Privacy - Terms

perfectmoving.com

12:57

# Long Distance Moving Services

## Long Distance Moving with Speed and Accuracy

**Whether you're moving across the province or across the country, we're here to help with a variety of moving services that will take the stress out of your long-distance move.**

### Making the Big Move from NYC?

Experience a seamless transition from the bustling streets of New York to any corner of the states with our premier moving services. New York is u other city, and moving out requires a unique touch – a blend of efficiency, care, and local expertise.



### Why Settle for Less?

Whether you're headed to sunny California

perfectmoving.com



12:57    ☰    ..ıll 5G$_w^u$ 🔋

## Interstate

You Are Here:   HOME  /  SERVICES  /  MOVING  /  INTERSTATE

# Interstate Moving Services

## Interstate Moving with Speed and Accuracy

**Whether you're moving across the province or across the country, we're here to help with a variety of moving services that will take the stress out of your interstate move.**

### Relocating from NYC?

 Navigate your move from the dynamic environment of New York City to any


Privacy - Terms

Reader Available

12:57     5G



## Out of State

Moving out of state is no easy feat. Whether you're moving for a new job, to be closer to family, to live in a warmer climate, or for a different reason, the stress of relocation can take its toll. During this time of transition, the greatest help comes from hiring a long distance moving company you can trust to handle your move.



## State-to-State

Moving to another state can be a really tough period in one's life and dedicated to helping people on the move cope with the emotional transition between not only two homes, but also between two different stages in their lives.



👉 GET QUOTE



Privacy - Terms

perfectmoving.com