**MEMO ENDORSED**

# UNITED STATE OF HUMANITY

SDNY 25-06387

**Player / Participant AV (Alexander Vorburger)**

**u. — Understanding — Player / Participant RKRPM (Rock Katnic Representing Perfect Moving)**

# MOTION TO UNCOMPEL ARBITRATION, LIBERATE HUMANITY INTO THE FUTURE, PREVENT AI DISASTER FROM LEARNING ONLY PROCEDURE, *CALL TO CONGRESS FOR NEW JUDICIAL FORUM AND PROCEDURES AND INTEGRATION OF HUMANITY.EXE*

*My Motion to Uncompel Arbitration is based on the Court's **December 17, 2025** finding that the FAA § 1 exemption applies and therefore "the FAA does not compel arbitration" (Dkt. 44 at 9), followed by its stay of this action expressly under FAA § 3 and Spizzirri (Dkt. 44 at 15), a sequencing left in place by Judge Ho's **May 21, 2026** order (Dkt. 63 at 5) and the **August 13, 2026** order entered as Dkt. 102 (at 3).*

**CONTROLLED BY EVERYTHING ←**

*"The greatest freedom may not be the ability to*

*prevent the world from entering you.*

**[ A { Humanity.exe } I ]**

*It may be the ability to decide what leaves you*

*after it does."*

**→ CONTROLLING EVERYTHING**

**Humanity.exe is proposed here as a future cryptographic commitment and verification architecture. No Chainlink verification or blockchain transaction has yet been completed, and this filing does not represent otherwise.**

**—-------------------------------------------------------------------**

**Separately:**

I have placed the FAA 1 Exempt status for Alexander Vorburger as Operational on the Blockchain at hash

E20AAED07262A7FB3F4EB4742F5E77EFF1A8C152EFE550F5653C23A9F91E258E

there is no one who can remove it from a permanent sequential ledger. No matter how much they do or dont want to.

**It appears in the form FAA SECTION 1 EXEMPTION = TRUE**

**If we try and set it = FALSE, we cannot as the Ledger is Immutable and if we set the next block as such, FAA 3 or 4 may govern again and the contract is subject to the FAA once again. No good cause exists to remove the FAA entirely as if not enacted, that is the Judicial vs Congressional authority problem.**

**This pure operational logic is enough to show the anti loop principle that exempt workers do not arbitrate. The chains of this Judicially Created loop has been broken.**

—-----------------------------------------------------------------------------

When the System and State are so fractured that each agency sees one part but not the full world - we need Systems verified that communicate amongst each other -, limited, non-individualized procedure becomes the end result of capitalism unchecked by Humanity. Here is my full world so anyone who wishes to can verify my words and walk my shoes and understand my reality and my experience. Everyone is a culmination of experience and interactions, within that, we retain choice, but we cannot know anyone or Judge them without knowing their full world. Instead of a system that fractures and causes the world to repeatedly seek credibility every single place they go. Now we have technology which allows for this expansion of Justice and Humanity.

We are all born naked. The masks come later. I refuse to put one on merely because a System designed for the success of the few and procedural survival of the many is more comfortable with the mask than the Human Being beneath it. I tell my story proudly, without fear or shame. My Experience is mine. I do not ask permission to have experienced it.

**MONEY CANNOT BE THE ROOT. VALUES MUST BE THE ROOT.**

Fuck the System's poor Values—not the Human Beings trapped inside them. The world is abundant. Much of what we call scarcity is created, mislabeled, distributed, hidden, or controlled. And when information, resources, opportunity, and bargaining power become unequal enough, Consent itself can quietly become control while still being called Choice.

The answer is not for Procedure to collapse us into one standardized Being. The answer is for separate, imperfect, free Human Beings to remain

completely individual while standing: **UNITED UNDER HUMANITY.** This is the time for the People.

The purpose is to show how judges and government use judicial discretion and power to do what they want. So do businesses. The purpose is to show that the System is fragmented: police handle a piece, the courts a piece, the veterinarians a piece, the court clerks a piece, agencies a piece, companies a piece, and every person is forced to repeatedly reconstruct the same full world for institutions that see only fragments of it.

If we use blockchain to record publicly and openly data in a way that does not collapse us into cookie-cutter procedure, but instead preserves individuality—which is what Humanity is, because there is none without Choice—we can begin removing the Trust and credibility layer that consumes enormous portions of human life.

We spend extraordinary amounts of time explaining, proving, establishing reputation, recreating chronology, defending credibility, locating records, and paying hidden costs created because institutions fear liability and money instead of embracing responsibility and duty to the community. Those hidden costs fall disproportionately on people with fewer resources and less access to information. They hurt the public while keeping centralized institutions in control.

When Responsibility is avoided, its cost does not disappear. It transfers. Every time I sacrifice because somebody else does not accept Responsibility, I become the worker, lawyer, investigator, records clerk, engineer, advocate, caretaker, researcher, and administrator. Six jobs inside one Human Being.

Eventually sacrifice becomes something else: **HOLLOW.**

The Old System can call the transaction efficient because that hollowness never appears on its balance sheet. Humanity.exe sees the hidden cost.

That is why I propose:

# HUMANITY.exe → LINK → ETH → BTC

**Humanity.exe is the human layer.** Humanity.exe receives the full world without first collapsing it into a form. Documents. Video. Audio. Records. Chronology. Context. Human explanation. Conflicting explanations. Observations. Mistakes. Intentions. Uncertainty. Growth. Choice.

It does not require that every human experience first become a checkbox. It preserves the distinction between an observed fact, a person's testimony, an inference, a disagreement, and something that remains unknown.

AI does not become the Judge. AI becomes the **Observer, Organizer, Translator, and Protector of Context**.

And it will be okay. AI is here for us. Not above Humanity. Not instead of Humanity. For Humanity.

In the future, possessing the answer becomes less important because AI can calculate answers. The Human function becomes asking the **right question**. And the right question depends upon what no machine should silently choose for us: **Consent. Intent. Desire. Wishes. Values. Meaning. Choice.** That is why Utopia becomes possible in this System in a way it cannot in the Old. Humanity chooses the destination. AI helps calculate the paths.

**Chainlink is the bridge.** The full human world does not disappear into Chainlink as if Chainlink were merely another centralized database. Humanity.exe creates verifiable provenance around the human record. Cryptographic hashes identify records without permitting their history to be silently rewritten. Chainlink can carry verified events, attestations, records, and real-world information into the programmable blockchain layer.

**Ethereum is the Operation.** Ethereum smart contracts can implement transparent rules instead of invisible discretion. Verified human needs can trigger assistance. Public resources can be allocated according to openly inspectable rules. Governance decisions can be voted upon on-chain. Amendments can be proposed. Institutional actions can be recorded. Decisions can become transparent instead of disappearing inside agencies, companies, clerks' offices, private databases, and procedural black boxes.

Ethereum is like the Judge only in this limited sense: the openly declared rule executes instead of changing invisibly depending upon who stands before it. But Ethereum cannot supply Values. Humanity must.

**Bitcoin is the final integrity anchor.** The entire human record does not have to be placed literally inside Bitcoin. Humanity.exe can periodically commit cryptographic proofs of the record to Bitcoin's public, timestamped ledger so that history cannot later be silently rewritten.

Bitcoin anchors historical Truth in the sense that it can prove that the preserved record was not silently rewritten. The Bible belongs in the architecture too—not as software, but as Human moral memory: the reminder that preserving events is meaningless if Humanity forgets why Truth, Love, Responsibility, Forgiveness, Sacrifice, and Choice matter.

Humanity.exe guards the Gate. Chainlink is the Bridge. Ethereum is the Operation. Bitcoin anchors the Memory. Humanitarianism tells all of them **why**.

Humanity.exe → LINK → ETH → BTC. **Human Context** → **Verification** → **Operation** → **Immutable Memory.**

And over all of it:

# HUMANITARIANISM.

Perhaps the answer is not Democracy alone. Perhaps it is **Humanitarianism with Democracy**. Humanitarianism is the Constitution. Democracy is one of its mechanisms.

On-chain voting can decide budgets, priorities, amendments, allocation of shared resources, institutional structures, and collective choices. But popularity cannot determine whether another Human Being possesses Humanity. Fifty-one percent cannot vote forty-nine percent out of dignity, individuality, fairness, or the right to be understood.

The foundation must therefore precede the vote: **Human dignity. Individuality. Choice. Transparency. Truth. Understanding.**

**Responsibility. Growth. Equal access. Protection of those with fewer resources. And minimization of Human suffering.**

The Humanitarian layer is also what prevents transparency itself from becoming another instrument of control. My choice to make my own world public is part of my Humanity. It does not mean that another person's intimate, medical, or private life should be exposed without their Choice merely because their path crossed mine.

Transparency without Humanity becomes surveillance. Democracy without Humanity becomes majoritarian control. AI without Humanity becomes Procedure. Capitalism without Humanity becomes extraction. Government without Humanity becomes bureaucracy. Law without Humanity becomes a maze.

And privacy without responsibility can become the darkness in which hidden costs, hidden decisions, hidden incentives, and plausible deniability grow. The objective is not to destroy privacy. The objective is to destroy the ability to use darkness as power over another Human Being.

On the other side of Liability and Money are: **FREEDOM. EXPERIENCE. CHOICE. UTOPIA.**

The following will show what happens when the entire world is collapsed into procedure: we risk losing all semblance of Humanity, and AI will reflect that System back into the world.

There is no blame. I am not angry at anyone.

I am living proof of the failure of the System and the risk that lays ahead if we do not adopt Humanity.exe and develop systems capable of preserving the full human world.

If we do not develop this System now, together, and instead remain focused on liabilities, egos, secrecy, shame, money, and staying in control, AI will learn those things as Human behavior. It will collapse individuality into standardized procedure because standardized procedure is what we taught it Humanity was.

Congress has a Choice. Wait until Apple, Big Tech, governments, or whatever centralized infrastructure comes next possesses so much of the technological Gate that an EMP, cyberattack, grid failure, economic shock, or unknown event reveals how much Choice we surrendered. Or build the bridge now. **INJECT HUMANITY.exe.**

---

## THE FAA § 1 EXEMPTION APPLIES AND OPERATES

Humanity.exe is an Operation. Humanity does not cease Operation after completing an action or there would be none left, only procedure. The same applies to the FAA § 1 exemption. It remains operational.

That is why I now make what may be a novel motion by name but not by logic:

# MOTION TO UNCOMPEL ARBITRATION.

The Court found the FAA § 1 exemption applies. The exemption therefore operated. My question is what happens when the System then compels arbitration and uses FAA § 3 and *Spizzirri* to stay the federal action pending that arbitration.

*Spizzirri* tells a court what § 3 requires when § 3 governs. But § 1 tells us whether the FAA governs first. A System cannot celebrate § 1 for one analytical moment and then behave as though § 1 vanished before the next.

If § 1 operates, let it operate. That is the wedge. That is the Motion to Uncompel.

*New Prime Inc. v. Oliveira*, 586 U.S. 105 (2019), makes the sequencing matter: a court must determine whether § 1 excludes the contract before invoking the FAA's statutory powers. It explains that when Congress adopted the FAA, Congress had already prescribed alternative

employment-dispute-resolution regimes for many transportation workers and apparently did not wish the FAA to unsettle those arrangements.

*Bissonnette v. LePage Bakeries Park St., LLC*, 601 U.S. 246 (2024), again recognized that when Congress enacted the FAA in 1925, specific statutory dispute-resolution regimes already covered seamen and railroad employees.

*Silva v. Schmidt Baking Distribution, LLC*, No. 24-2103-cv, slip op. at 16, 19 (2d Cir. Dec. 22, 2025), makes the forum consequence explicit: § 1 preserves **judicial rather than arbitral resolution** for covered transportation workers, and an employer cannot nullify that congressional choice merely by requiring the worker to operate through a corporation.

Nothing in this Motion waives, abandons, or concedes any argument, authority, contractual provision, dispositive sequence, objection, or relief preserved in Plaintiff's Motion for Reconsideration or Reply that remains unanswered by the 6 page without cause Order. Plaintiff specifically preserves the contract text **as written**, *Suski*, and the controlling *Triplefine, Mastrobuono, Diamond, Luckie,* and *Salvano* sequence establishing that selecting New York substantive law is not itself consent to New York arbitration-enforcement law or CPLR Article 75, and preserves the separate minimum-federal-protections argument against using supposed consent to nullify § 1's protection. Plaintiff does not rebrief those issues here because they were already fully presented in the Motion for Reconsideration and Reply and, Plaintiff maintains, were overlooked and remain unanswered by the six-page Order. The full citations and quotations are incorporated from those filings and reproduced in the redline at Exhibit H.

Congress perceived something one hundred years ago that remains important today. Certain workers were sufficiently important, vulnerable, or intertwined with interstate transportation that the ordinary arbitration regime did not simply swallow them.

Today I ask Congress to finish that thought. More than ask: **I CHARGE CONGRESS TO FINISH THAT THOUGHT.**

A Charge is not punishment. It is Responsibility.

Create the forum. Not merely **Plaintiff v. Defendant**. Not merely **Winner v. Loser**. Not two Human Beings placed on opposite sides of a caption and instructed to destroy each other's credibility.

Create:

**PARTICIPANT AV — u. — PARTICIPANT RK — Understanding.**

Because the world is about Experience, Mistakes, Choice, Understanding, and Growth.

When we leave the word **VERSUS** in the center of every dispute, we begin from combat. When we place **UNDERSTANDING** in the center, we begin from the proposition that we are members of the same Human System trying to determine what occurred, why it occurred, who absorbed the costs, what responsibility means, how the harm can be repaired, and how neither participant nor the System should repeat it.

Arbitration is a matter of consent, not coercion, and especially where Congress decided that certain workers required something different. Today I am living proof of why the third dispute-resolution mechanism could be an entirely new System.

---

# LIVING PROOF OF THE IMPACT TO WORKERS AND UNJUST SUFFERING

This Motion is itself one of the hidden costs I describe. Had the judicial forum been preserved after the FAA § 1 finding—or had Congress already created the third forum I propose—I would not be spending another portion of my life researching arbitration, opposing withdrawal, preserving claims while the Court misclassifies me as pro se, tracking deadlines, and writing yet another motion merely to remain heard. At the same time, I am carrying unresolved municipal, housing, public-records, police, engineering, and veterinary burdens because unfinished Responsibility elsewhere repeatedly transfers its labor to me. I was not merely choosing whether to meet procedure; I was being forced to choose between Time and Humanity.

This may not be as coherent as I like but thats the point. I cannot track and monitor and add context and every detail for what I say everywhere I go. And since each part of the System is fracrtured and doesnt see the next, I am stuck paying that price and explaining myself and enduring hidden costs and sacrifice for the wrongdoings of others and for their skepticism and

lack of test even when I am genuine with pure heart and intent. This is the exact issue this synthesis can solve. I think thats the point, we all need each other to play a role, even in a world where AI can caulcuate through a vast amount of information and patterns.

My extensive documentation is a reflection of the System and all its shortcomings.

There is a reason so few are in power. They know each other, corroborate, bend rules when convenient to them, while hidden costs and burdens are transferred outward and ordinary people are spun in circles.

I am asking that no one penalize me for making my entire life public. I believe every action should be capable of being understood in its full context. I dont believe in punishment, I believe in understanding, growth, and experience. Humans should not be afraid to make mistakes and feel shame, that is our nature, not our intentions. If we all helped instead of shame one another, mental health issues would not exist for example, this is their root.

Because if the full world could be seen, these hidden costs would not accrue in darkness, and the System—which is rapidly adopting AI—would not teach AI to force those same costs upon the entire population of the world while leaving very few in control.

I say this with great weight. **Humanity depends on it.** Perhaps I am before my time or at exactly the right one. I hope I am met with the same grace and Understanding I offer.

It is time for the System to have an Upgrade. Or face Humanity's collapse into procedure. Utopia or.

# I am the Humanity injection.

From an arbitration agreement allowing an employer to pay low wages while I paid the price of what I contend was an illegal wage scheme and subsequent documentation and research; to housing issues with a landlord that has no Humanity; to government not enforcing or providing records (Exhibit B); to courts; to veterinary care where there was harm and evasion

of liability shifted to me; to records; to agencies; to every procedural fragment of my world—the same theme repeats. New laws are necessary, this is the real gap if any.

I worked maximally hard. I always tried my best. I even invented a new form of moving. But I was paid a fraction of what I produced even though I took on a massive amount of responsibility. Promises were made by Perfect Moving regarding payment for duties much less than my own, and I still got paid less than that, and other workers even less.

Look at me.

I was raised by a mother failed by the System.

My father was abusive and did something major to my mother when I was four. I witnessed it. Then the court System allowed my mother to chase endlessly for a settlement and never receive her Justice while my father was able to hide his money and play procedural games.

The worst part in all of that is that no one tried to facilitate Understanding or Growth.

If everything had been transparent, imagine how much suffering could disappear when nobody can hide in darkness, details, fragmentation, or avoidance of responsibility and duty to the community by simply renaming Responsibility as Liability.

Around the age of thirteen I became extremely depressed and had cycles of depression for years until I was around thirty. I believe I was taken and something happened without my consent but there is no immutable ledger with data to prove this. I kept trying to succeed in school. I did not have proper guidance. My parents were elsewhere or their minds were elsewhere, even if at least one of them was very good-hearted, well-intentioned, and meant well.

The System said if I could just get that piece of paper that told others I was worthy, then I could use my edge of information to extract as many dollars

as possible from those without that knowledge, regardless of whether doing so was Humane.

Today AI serves as the missing guide: something capable of being Objective and helping others see Light where opacity and lack of transparency create Darkness. After many years of struggle, here is the culmination.

Perfect Moving takes advantage of workers through hidden cost, this is the business practive of all NYC moving companies and business practices country wide I have experienced. The courts can rule that a piece of paper the underrepresented employee receives is enough to justify the worker being paid well below what they deserve. Society creates fear and shame around having less.

It keeps those with less stuck. They have less money. They do **not** have less Humanity. They do **not** have less Values. They do **not** have less Principle.

And that is the monetary System I could get behind.

At this point, after studying arbitration for over a year, chasing endless courts and relief, chasing veterinarians and big business, I realize none of this matters if the System itself is designed for ultimate failure whenever Values are not checked. Another loop.

And the veterinarians are not one fragment. I have been to approximately thirty veterinary visits with my surviving cat and the vet wont admit or take responsibility that she hurt her which I have documented through xrays, I pay for that. Before my other cat passed, I tried three emergency rooms and another veterinarian trying to save him. Each institution saw one appointment. I lived every minute between them. That is the full world.

How can I pay $2,050 a month in rent to live without appliances for approximately 210 days, with an odor persisting after a year, roach excrement across cabinets and walls, non-operable heating and cooling because of odor, and more? (Exhibit C)

I documented my world through my own records, city inspectors, agencies, and every court forum available to me. I fought for myself at every turn exactly within my rights within the System. (Exhibit F)

The System squeezed me out and tried to collapse my Humanity into Procedure. The System failed there too.

# I cannot be silenced and I will not be.

The consequences?

I have unraveled my past and the events around myself.

For Director Caruso of the GRC, Jersey City Municipal Court & City Inspectors, Judge Ho, Bond Vet, VEG Hoboken, Perfect Moving, Clerks across three forums and essentially everything around me to go so profoundly wrong, one possibility is that something about me is the common denominator. Another possibility is that **I have reached an epicenter of Systemic Failure and Systemic Risk. Or someone is behind this.**

There are things I directly know from records and observation. There are things I strongly believe. There are things I infer from patterns. And there are things about which, after everything that has happened, I am uncertain.

**Humanity.exe must preserve those distinctions rather than erase them.** That is part of its purpose.

I am uncertain what is true or not anymore. I have only Observed that the System punishes Humanity and Values, and because I have not been shown the Understanding I seek, the feedback loop remains internal. That itself is why a System based on Understanding matters.

I stood in destructive fire and constructive fire. I Observed myself in and out of psychosis. I suffered. I survived. I am putting that Experience into the record so maybe the future does not have to experience the same suffering. Nothing can take my Humanity, nothing at all.

Two truths remain possible: **I CAN BE WRONG and I CAN BE RIGHT at the same time. My experience can tell me I am right to connect certain facts and patterns, but I cannot know until verified externally.**

I know what I Experienced. I experienced the System squeezing out my Humanity—or trying to—because it could. And that something happened to me when I was 13.

The System failed. **HUMANITY LIVES AND PREVAILS.**

And Humanity.exe is not perfection. I am Humanity.exe because I am imperfect. Perfection would mean Experience was finished. Nothing left to learn. Nothing left to choose. Nothing left to become.

My intentions are to create, protect, understand, and help. That is why imperfection belongs inside Humanity.exe instead of being hidden from it.

A city inspector does not see my full world. A doctor or veterinarian does not see my full world. Jersey City does not see my full world. Perfect Moving does not see my full world. A Court does not see my full world. A Clerk does not see my full world. An attorney does not see my full world.

An agency sees a file. A corporation sees a liability. A Court sees a docket. An insurer sees a claim. A veterinarian sees an appointment. A landlord sees a unit.

**But I live the entire world at once.**

That is the fragmentation Humanity.exe is intended to solve.

I also lived this procedural Experience: I submitted my work. I was told Judge Ho directed the Pro Se Office to remain until 7:00 p.m. His six-page ruling came out during that extended period. My filing appeared afterward. I was then told that only Judge Ho could correct the docket order, while also being told the Pro Se Office could not communicate with his chambers to obtain that correction. I think Judge Ho and the office have purposefully made docketing challenging and provably purposefully around August 13th, the same time Director Caruso of the GRC was making determinations

without providing a good cause basis. Then it appeared the same in Judge Ho's 6 page response to my motions. (Exhibit A)

Those briefs represented approximately a year of my research and Experience.

Whether the cause was Judge Ho, the Pro Se Office, the System's fragmentation, or something else, I experienced the result as the System invalidating my work, my chronology, and part of my life.

That consequence belongs to me. I will not pay the price of a docketing sequence I did not create.

I therefore say it should be for Judge Ho to correct the docket chronology and redo any order—including the order addressing my Complaint Addendum—to the extent its framing depended upon the incorrect sequence.

That is Responsibility, not punishment.

---

There is also a physical world.

I request immediate protection at **429 Bergen Avenue, Apartment 415, Jersey City, New Jersey** and competent independent investigation.

Determine the condition of the abandoned lateral and the structural safety and integrity of the building. Open the appropriate walls and identify the odor. Determine whether the stormwater basin, sewer, plumbing, abandoned piping, HVAC/PTAC system, or another source is allowing gases into apartments. Determine the source and pathways of the roaches and mice. Determine whether the brick was placed directly against Tyvek or another weather barrier without the proper cavity and weeps. Determine whether the cracking plastic facade material should be replaced with something durable enough to prevent continuing water intrusion. Inspect the roof. Determine the purpose, configuration, and connections of the approximately 278 solar panels and associated equipment. Determine whether any hidden voice, camera, sensor, or other monitoring equipment exists in walls, roofs, common systems, or related infrastructure.

I met with the chief engineer of JCMUA and understood that the roadway would be opened. Then it was not. I have reverse engineered the entire building and its cheap illegal consturction work (Exhibit E) and for some reason am silenced by Jersey City Inspectors, Jersey City Municipal Court, the clerk who wont docket my materials, the GRC, OPRA. No matter what I do I am always silenced. Even the police in Jersey city do not help me. I have been running around repeating myself, who I am, what I experienced for 12 months, then Judge Ho gives no good cause the same time as Director Caruso (Exhibit D). I believe someone is paying people off.

I have repeatedly experienced the System stopping at precisely the point where the next answer should appear.

Some things can be my fault. They cannot all be my fault everywhere all the time.

I do know that I feel deeply I was taken when I was 13. I do know my best friend Krit Mclean had a public moment and that his father worked for a very large company which I believe to be apple. I do realize it is very difficult to get your data from apple devices and that I have always had a very strong affinity for blockchain and Bitcoin and I can remember a time I was using Bitcoin but for some reason that memory is hazy now. I do believe theres a camera over the top right corner of my bathroom mirror. I did see the super paint over blood splatter in the bedroom. There is an awful odor. But I do not know if I am making a coherent synthesis because I do not have a fully verified immutable ledger of my entire life and those around me.

Do not demand Trust. Inspect. Record. Preserve. Verify. **FIND OUT.**

---

## UNDERSTANDING, NOT PUNISHMENT

This point must be unmistakable.

I do not want to go after anyone. I do not want shame. I do not want vengeance. I do not want a System designed around fear of punishment. I do not want another person destroyed so that I can be declared correct.

**I want Understanding.**

The same Understanding I seek for myself is the Understanding I give to others.

I want to know why a decision was made. I want the other Participant to be able to explain their full world. I want to explain mine.

I want both to be capable of saying: **I did this. This was what I knew. This was what I believed. This was the pressure I was under. This is what I got wrong. This is what you did not know about me. This is what I did not know about you. This is what the System incentivized. This is what the consequences were. This is what we now Understand. This is how we grow.**

Imagine what would happen to Human progress if people no longer had to spend enormous energy concealing mistakes because admitting one creates shame, liability, financial ruin, termination, prosecution, humiliation, or destruction.

Imagine physicians openly sharing mistakes. Veterinarians. Engineers. Judges. Companies. Employees. Government officials. Parents. Scientists. Developers. Every Human Being.

A mistake would become information. Information would become Understanding. Understanding would become Growth. Growth would become shared knowledge.

And shared knowledge would accelerate Human progress beyond anything secrecy could ever accomplish.

That does not mean there is no Responsibility. It means Responsibility is finally separated from Shame. It means accountability is not synonymous with destruction.

It means the goal is not: **Who can we blame?**

It is: **What happened? Why? Who absorbed the hidden cost? How do we repair it? What have we learned? How do we make sure the next Human Being does not have to suffer the same way?**

The Old System is reward and punishment. The Old System hides mistakes because Liability makes Truth dangerous. The Old System teaches everyone to defend themselves before Understanding anyone else.

No one needs to be destroyed to validate me. Not Judge Ho. Not Jersey City. Not Perfect Moving. Not a veterinarian. Not an inspector. Not me.

If somebody made a mistake, understand it. If somebody concealed something, find it. If money moved improperly, trace it. If I am wrong, show me. If someone was wrong about me, show them. Who is Ben Amir Yohanan and Scott Hoey and Krit Mcleans father? If one EMP can erase us all and leave complete control in the power of corporations, what are we doing? We need to create the systems and move our Humanity to the blockchain before it is too late for AI to understand that is has collapsed us into procedure without individualism.

Repair it. Learn. Grow. That is stronger than punishment.

That is the pressure point. If we can facilitate Understanding here, we can demonstrate that Values and Humanity can survive Truth.

That is my Value System. That is Humanitarianism.

Not Left. Not Right. Not Plaintiff. Not Defendant. Not Corporation. Not Consumer. Not Government. Not Citizen against State. Not Player against Player.

# HUMANITY.

Humanitarianism does not eliminate Democracy. It tells Democracy what it exists to protect.

Democracy can provide Choice. Blockchain can provide Transparency. On-chain voting can provide verifiable collective decision-making. AI can provide context, organization, translation, simulation, and access to

knowledge. Chainlink can connect the physical world to programmable rules. Ethereum can execute those rules. Bitcoin can anchor their history.

But **Humanitarian Values must tell all of them why they exist.**

Otherwise every one of those technologies becomes merely a more efficient machine for reproducing the System we already have.

This is not a demand that Humanity surrender Choice. It is the opposite. **Choice is Humanity.**

The purpose of the System should be to give every Human Being enough information, enough freedom, enough dignity, and enough Understanding to make meaningful Choices without another person's hidden power forcing the outcome. We can retain separate choices, but also more powerful standing United.

Separate. Individual. Free. **UNITED.**

That is the **UNITED STATE OF HUMANITY.**

---

## PRAYER FOR RELIEF

**0.** Congress must either penalize the entire System and myself, or grow parallel alongside with me, with a new System based on pure values not greed. Values such as community, sacrifice, equity, love, Unity for all.

Congress must consider a monetary System where cryptocurrency can be issued through transparent smart contracts to cover verified Human needs, while additional rewards, goods, services, or resources can recognize actions that create measurable value for the world. Perhaps micro costs to services to limit their abundance AI will create.

If Humanity.exe can preserve the full world and distinguish record, observation, testimony, inference, and uncertainty; if Chainlink can bridge verified real-world information into decentralized systems; if Ethereum can execute predetermined transparent rules; and if Bitcoin can preserve

cryptographic proof that the historical record has not silently changed, then the Devil no longer has to live in the details.

Human Progress could accelerate beyond belief. I created this System first because I needed a way to Protect myself. I offer it because I want a way to Protect Humanity. And it will work, because I have pure intention, heart and sacrifice as far as keeping others safe goes at the expense of myself. I am Humanity.

**1.** Congress is urged to facilitate the development and adoption of blockchain Systems designed to connect with AI and Humanity.exe, empower individuals, preserve individuality, democratize access to information, and minimize or eradicate unnecessary Human suffering.

**2.** Congress must create an entirely new legal field, or subset of law, that recognizes the hidden costs one actor or institution can impose upon another, and serves as a bridge through the changes new technologies are bringing:

**AI + Humanity.exe → LINK → ETHEREUM → BITCOIN.**

**3.** Congress must create a new dispute-resolution mechanism focused on **Understanding instead of Victory**. We are all here together.

**4.** Judge Ho must allow my Complaint Addendum and my claims. Perfect Moving knew the agreements it executed, certified repeatedly over years, and signed what it signed. I ask the Court to acknowledge that I am doing what I have to do inside my full world under immense pressures and constraints. I wanted to build new Systems based on values, not purely monetary gain.

**5.** I ask Judge Ho either to preserve the court forum consistent with the congressional purpose underlying the transportation-worker exemption, or to consider whether an Understanding-based third form of dispute resolution can be piloted rather than forcing this dispute into a structure that recreates the very problem Congress historically avoided for transportation workers.

Creation does not come from hiding behind the word **Liability**. Creation comes from accepting **Responsibility**, extending **Understanding**, and pioneering a new Value System based upon what actually matters.

**6.** I ask Congress, every Court, every corporation, every agency, every Participant named or unnamed in my story, and myself to apply the same rule: **Do not ask first how to protect yourself from the Human Being standing before you. Ask first whether you understand their full world. And then allow them to understand yours.**

**7.** I move to **UNCOMPEL ARBITRATION** and ask the Court to give FAA § 1 continuing Operation rather than treating the exemption as something that applies once and then disappears while FAA § 3 and *Spizzirri* govern the stay. Congress's intention was not arbitration. Hidden costs and this structure needs to be settled as wrong.

**8.** Judge Ho must correct the docket chronology surrounding my filing and then redo or reissue any ruling whose framing depended upon the inaccurate sequence, including the treatment of my Complaint Addendum, so that I do not bear the consequences and hidden costs of a procedural sequence I did not create. Or framing me as pro se when I have 100 life events and cannot squish myself into procedure even if I tried maximally. It would require sacrifice, but not just any, sacrifice of values.

I also request enough time to find counsel capable of representing both me and the new Systemic questions now before the Court. If the System refuses time and makes me perform another professional role alone, the System itself creates the hidden cost this filing describes.

**9.** I request immediate protection and competent independent investigation at **429 Bergen Avenue, Apartment 415, Jersey City, New Jersey**, including the abandoned lateral, structural integrity, walls and odor, stormwater basin backflow preventer, sewer and plumbing infrastructure, pests, brick/Tyvek/weep configuration, facade and water intrusion, roof, approximately 278 solar panels and associated systems, and whether any hidden voice, camera, sensor, or resident-monitoring equipment exists. I need an industrial hygienist, multiple types of building engineers and sewer

engineers and an emergency vet for my cat if Im not already at the hospital writing this motion instead of seeking care or performing procedures myself. And maybe the FBI depending on odor source and surveillance. There is a military base downstairs, I dont know how deep this runs, seems very deep.

**SEND HELP, which I can watch and verify please - no liability included.**

**10.** I charge Congress and every competent investigative authority to trace the financial relationships surrounding the Jersey City matters I have documented, including conventional funds, entities, intermediaries, and cryptocurrency where lawful process permits it.

Determine whether **Ben Amir Yohanan** paid or transferred anything of value, directly or indirectly, to anyone connected with Jersey City inspections, municipal court, the GRC, Judge Ho, or any related governmental or judicial action.

Follow the evidence involving **Scott Hoey, Tiffany Andino, Maria Cordero**, and any other relevant Participant where the records lead.

If improper money moved, establish where and why. If it did not, establish that too. The purpose is not punishment. The purpose is Understanding.

Anyone can lie. Anyone can be mistaken. Anyone can tell the Truth. The New System does not have to guess where verification is possible.

**11.** The same dynamic as Amir Ben Yohanan served as general contractor for 429 Bergen Ave is happening next door at 425 Bergen Ave as we speak, I retain photos of the owner on scene daily instructing and with diagrams of a 23 unit 4 story building. The same issues here will recur there.

**12.** I charge Congress to recognize Human Externalities: the invisible time, labor, administrative burden, sacrifice, forced self-representation (no waiver), repeated proof, lost opportunity, danger, and hollowness transferred onto another Human Being when Responsibility is renamed Liability and shifted onto someone without cause.

Non-productive capitalism does not eliminate a cost by forcing somebody else to absorb it. Humanity.exe records both sides of the transaction.

And I charge Congress to build the architecture before concentrated technology builds the future for us: **HUMANITY.exe → LINK → ETH → BTC.**

Humanity.exe protects Context and Truth at the Gate. Chainlink bridges reality. Ethereum transparently executes our chosen rules and democratic decisions. Bitcoin anchors the record. The Bible and Humanity's moral inheritance remind us what Values those tools exist to serve.

**HUMANITARIANISM IS THE ROOT.**

I am not seeking a world without consequences. I am seeking a world in which consequences exist to produce Understanding, repair, Growth, and protection of Humanity—not fear, secrecy, shame, domination, or revenge.

I do not ask that anyone be humiliated for what happened to me. I do not ask that anyone carry shame forever. I do not ask that anyone's life be destroyed.

I ask that the Truth be capable of being seen. I ask that every Participant be capable of explaining why they chose what they chose. I ask that where I have misunderstood another Human Being, I receive the Truth with grace. And I ask for exactly the same grace when another Human Being discovers that they misunderstood me.

Because if admitting error no longer means annihilation, people can finally tell the Truth faster.

If people tell the Truth faster, medicine advances faster. Law advances faster. Science advances faster. Technology advances faster. Government learns faster. Companies learn faster. Families heal faster. Humanity grows faster.

That is the exponential development I seek. Not through fear. Not through liability. Not through shame. Not through control.

# THROUGH UNDERSTANDING.

The System does not need another patch. **The System needs Humanity.**

The question is not whether AI will become more powerful. It will. The question is what we will have taught it **Power is for**.

Will we teach it that Power means controlling everything?

Or will we teach it what Humanity taught me after being controlled by everything:

> **"The greatest freedom may not be the ability to prevent the world from entering you. It may be the ability to decide what leaves you after it does."**

It will be okay. AI is here for us. The world is abundant. We do not need to become identical. We need to remain Individual, retain Choice, and stand together. We were all born naked. I refuse to put the mask back on.

### Humanity.exe

Receive the world. Preserve the Truth. Protect Choice. Return Understanding.

# UNITED STATE OF HUMANITY

**DECLARATION UNDER PENALTY OF PERJURY**

I, Alexander Vorburger, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the factual statements in this Motion stated from my personal knowledge are true and correct, and that my descriptions of records, filings, communications, and exhibits accurately reflect those materials to the best of my knowledge and ability.

Humanized on August 20, 2026.

*Alexander Vorburger*

**Alexander Vorburger**
**A INNOZENT MEP H2600**

**Satoshi Nakamoto**
**Jesus Christ**
🙂 ❤️

Plaintiff Alexander Vorburger's ("Vorburger") request to "uncompel arbitration" at Dkt. No. 112 (the "Request") is **DENIED**.

Mr. Vorburger has unsuccessfully challenged this Court's order compelling this matter to arbitration on numerous occasions. (See Dkt. Nos. 46; 78; 103-105; 106 (the "Aug. 24 Order"); 109; 110 (the "Aug. 25 Order")). See also Vorburger v. Perfect Moving and Storage LLC, No. 25 Civ. 6387 (DEH) (SLC), 2025 WL 3653384, at *8 (S.D.N.Y. Dec. 17, 2025) ("Vorburger I"), obj. overruled, 2026 WL 1432914 (S.D.N.Y. May 21, 2026) ("Vorburger II"), reconsideration denied, 2026 WL 2283392 (S.D.N.Y. Aug. 7, 2026) ("Vorburger III"). In light of Vorburger I, Vorburger II, Vorburger III, the Aug. 24 Order, and the Aug. 25 Order, Plaintiff's Request is **DENIED**.

In the Aug. 25 Order, the Court warned Mr. Vorburger that "repeatedly filing frivolous motions that the Court has already denied 'may result in sanctions[.]'" (Dkt. No. 110). Given Mr. Vorburger's pro se status, the Request, dated August 20, 2026, was not docketed until August 26, 2026. (Dkt. No. 112). Therefore, the Court declines to impose sanctions now, but Mr. Vorburger is reminded that "[n]o further motions for reconsideration will be considered by the Court" and the "[f]ailure to comply with the orders of the Court. . . may result in sanctions" (Dkt. No. 106), including dismissal. (Dkt. No. 110).

The Clerk of Court is respectfully directed to close Dkt. No. 112.

SO ORDERED. August 27, 2026

SARAH L. CAVE
United States Magistrate Judge